IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LENA M. SYKES and
DOROTHY J. HOWARD                                               PLAINTIFFS

V.                                                  CASE NUMBER: 4:08 CV099-P-S

MAGNOLIA HEALTHCARE, INC., d/b/a
RIVERVIEW NURSING AND REHAB CENTER                              DEFENDANT

## AGREED ORDER

Before the Court is the *ore* tenus motion of the Defendant, Magnolia Healthcare, to extend the deadline for its Answer to the Plaintiff's Amended Complaint to Friday, October 10, 2008. The Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Defendant, Magnolia Healthcare, Inc., shall be granted until and including October 10, 2008, to serve its response to the Amended Complaint.

THIS, the 8th day of October, 2008.


/s/ David A. Sanders
U.S. Magistrate Judge

Agreed to:

/s Michael A. Heilman
Michael A. Heilman (MSB No. 2223)
Patricia J. Kennedy (MSB No. 100368)
Attorneys for Magnolia Healthcare, Inc.

/s Nicole McLaughlin
Nicole McLaughlin (MSB No. 101186)
R. Shane McLaughlin (MSB No. 101185)
Attorneys for Lena M. Sykes and Dorothy J. Howard