**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**


**LENA M. SYKES and**
**DOROTHY J. HOWARD**                                                                                  **PLAINTIFF**


**VERSUS**                                                                   **CIVIL ACTION NO. 4:08CV99-P-S**


**MAGNOLIA HEALTHCARE, INC. d/b/a**
**RIVERVIEW NURSING AND REHAB CENTER**                                            **DEFENDANTS**


**FINAL JUDGMENT**

This cause came on for hearing on defendant's Motion for Summary Judgment [33]. The

Court, having considered the motion and being otherwise fully advised in the premises, finds as

follows, to-wit:

In accordance with the Order entered contemporaneously herewith, the Court finds that the

defendant's Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for

Summary Judgment [33] is well-taken and should be, and hereby is, GRANTED. This cause is

hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 15th day of December, 2009.


                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE